IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and SPORTRADAR AG,<br><br>Defendants. | Civil Action No. 2:23-cv-00472-JRG |
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD., ET AL.<br><br>Defendants. | Civil Action No. 2:23-cv-00471-JRG<br><br>JURY TRIAL DEMANDED |

**GENIUS SPORTS DEFENDANTS' NOTICE OF JOINDER OF SPORTRADAR'S MOTION TO AMEND THE FIRST AMENDED DOCKET CONTROL ORDER**

To ease the burden on the Court and avoid duplicative briefing, Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. (collectively, "Genius") join Sportradar Group, AG, and Sportradar, AG's (collectively, "Sportradar") Motion to Amend the First Amended Docket Control Order. ECF 142 ("Motion").

Plaintiff SportsCastr Inc.'s ("PANDA") recent actions make clear that it seeks sweeping discovery of its new antitrust claim, which is not viable under the existing case schedule or PANDA's proposed 14-day extension to fact discovery. Since amending its complaint, PANDA

has served a series of document and written discovery requests on Genius, demanding over a dozen categories of documents, communications, data, and information from nearly a decade-long time-period, related to products, technology, and services that were not at issue in PANDA's patent case but that are allegedly at issue in dozens of alleged markets in PANDA's antitrust case. *See, e.g.*, ECF 143-2; ECF 127 ¶ 127 (Plaintiffs alleging "each NCAA sport … constitut[es] its own distinct market"). Yet, PANDA has taken the unreasonable position that Genius must substantially complete its production of documents in response to PANDA's new antitrust discovery requests by March 21, 2025, barely a month after PANDA added its antitrust claims and less than three weeks after PANDA served its corresponding document requests. PANDA cannot insist on the current case schedule, or anything close to it, while simultaneously demanding broad new discovery into claims it waited 16 months to introduce into the case.

For the above reasons, Genius hereby provides notice that it is joining Sportradar's Motion.

Dated: March 14, 2024                                    Respectfully submitted,


                                                         */s/ Jeanne M. Heffernan*

                                                         Jeanne M. Heffernan
                                                         TBN 24128395
                                                         James John Lomeo
                                                         TBN 24118993
                                                         KIRKLAND & ELLIS LLP
                                                         401 Congress Avenue
                                                         Austin, TX 78701
                                                         (512) 678-9100
                                                         jheffernan@kirkland.com
                                                         james.lomeo@kirkland.com


                                                         Joshua L. Simmons (admitted pro hac vice)
                                                         Devora Allon (admitted pro hac vice)
                                                         Kevin Neylan (admitted pro hac vice)
                                                         KIRKLAND & ELLIS LLP
                                                         601 Lexington Avenue
                                                         New York, NY 10022
                                                         (212) 446-4800
                                                         joshua.simmons@kirkland.com
                                                         devora.allon@kirkland.com
                                                         kevin.neylan@kirkland.com


                                                         Patrick Arnett (admitted pro hac vice)
                                                         KIRKLAND & ELLIS LLP
                                                         1301 Pennsylvania Avenue, N.W.
                                                         Washington, D.C. 20004
                                                         (202) 389-5000
                                                         patrick.arnett@kirkland.com

                                                         ***Attorneys for Defendants Genius Sports Ltd.,
                                                         Genius Sports Media Ltd., Genius Sports
                                                         Technologies Ltd., Genius Sports UK Ltd.,
                                                         Genius Sports Holdings Ltd., Genius Sports
                                                         Group Ltd., Maven Topco Ltd., Maven Midco
                                                         Ltd., Maven Debtco Ltd., and Maven Bidco Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 14 day of March 2025.

March 14, 2025                                  */s/ Kevin M. Neylan, Jr.*
                                                Kevin M. Neylan, Jr.