**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE), | § | Case No. 2:23-cv-00472-JRG |
| | § | |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| SPORTRADAR GROUP AG, and | § | |
| SPORTRADAR AG, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE), | § | Case No. 2:23-cv-00471-JRG |
| | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| GENIUS SPORTS LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## COVER TO ADDITIONAL DOCUMENTS

Attachments are additional documents to main document, *Sealed Motion to Dismiss Counts V and VI of the Second Amended Complaint*, Dkt. No. 157.

Dated: March 31, 2025

/s/ Michael C. Smith
David A. Roodman, #38109MO
daroodman@bclplaw.com
Nick E. Williamson, #56925MO
nick.williamson@bclplaw.com
George G. Brell #69850MO
george.brell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone (314) 259-2000
George Patrick Watson (pro hac vice)
patrick.watson@bclplaw.com
Lindsay Sklar Johnson (pro hac vice)
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone (404) 572-6600

David B. Schwartz (pro hac vice)
david.schwartz@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC 20004-1357
Telephone (202) 508-6000

Michael C. Smith
State Bar No. 18650410
Michael.Smith@solidcounsel.com
SCHEEF & STONE
113 East Austin Street
*Marshall, TX 75670*
*Telephone (903) 938-8900*

*ATTORNEYS FOR DEFENDANTS*
*SPORTRADAR GROUP AG AND*
*SPORTRADAR AG*

**CERTIFICATE OF SERVICE**

This is to certify that on March 31, 2025, a true and correct copy of the above and

foregoing document has been served on all counsel of record via electronic mail and the Court's

ECF system.

*/s/ Michael C. Smith*
Michael C. Smith