# EXHIBIT D

FANTASY

# NBA Extends U.S. Betting Data Partnerships With Sportradar and Genius Sports Group

Sportradar and Genius Sports Group will continue to distribute official NBA betting data to authorized sports betting operators in the United States

Official Release                                October 29, 2020 10:05 AM

**NEW YORK, NY**, Oct. 29, 2020 – The National Basketball Association (NBA) today announced it has extended its official betting data partnerships with Sportradar and Genius Sports Group in the U.S.  As part of these multiyear partnership renewals, Sportradar and Genius Sports Group will continue to have the non-exclusive rights to distribute official NBA and WNBA betting data to licensed sports betting operators in the U.S.  Thus far, the NBA has authorized sports betting partnerships with more than 20 operators in the U.S.

Genius Sports Group and Sportradar work closely with the NBA to ensure those fans who choose to bet on games legally have access to real-time, official NBA betting data through licensed gaming operators, as legalized betting is implemented in their respective states.  This includes official betting data for all NBA and WNBA games, including throughout the regular season and playoffs. Both companies can also distribute betting data products which utilize the official data feed to both licensed sports betting operators and platform providers.

"We are pleased to extend our partnership with the NBA for official NBA betting data in the U.S. market," said Steve Byrd, Head of Global Strategic Partnerships, Sportradar. "As legalized sports betting expands into more states and grows in popularity overall, this presents us with a tremendous opportunity to continue spearheading cutting-edge NBA feeds and betting products for operators, while redefining the customer experience for the fans."

"We are delighted that the NBA has chosen to extend its official data partnership with Genius Sports Group in the U.S. We look forward to providing official NBA data, alongside

our advanced in-game NBA betting products and services, to sportsbooks across the U.S." said Mark Locke, CEO of Genius Sports Group. "We are world renowned for driving innovation in basketball sports betting and this extended partnership reaffirms our commitment to delivering a first-class betting experience for NBA fans."

"Over the past two seasons Sportradar and Genius Sports Group have been sources for official NBA betting data, which is crucial for authorized gaming operators and ultimately fans who engage with NBA and WNBA games through betting," said Scott Kaufman-Ross, Senior Vice President, Head of Fantasy & Gaming, NBA.  "The U.S. sports betting industry has recognized the value of official data, particularly for in-play betting, and these extensions will ensure operators continue to have access to our real-time feed as sports betting develops throughout the U.S."

**About the NBA**
The NBA is a global sports and media business built around four professional sports leagues: the National Basketball Association, the Women's National Basketball Association, the NBA G League and the NBA 2K League.  The NBA has established a major international presence with games and programming in 215 countries and territories in 47 languages, and merchandise for sale in more than 100,000 stores in 100 countries on six continents.  NBA rosters at the start of the 2019-20 season featured 108 international players from 38 countries and territories.  NBA Digital's assets include NBA TV, NBA.com, the NBA App and NBA League Pass.  The NBA has created one of the largest social media communities in the world, with 1.9 billion likes and followers globally across all league, team, and player platforms.  Through NBA Cares, the league addresses important social issues by working with internationally recognized youth-serving organizations that support education, youth and family development, and health-related causes.

**About Sportradar**
Sportradar is the global provider of sports betting and sports entertainment products and services. Established in 2001, the company occupies a unique position at the intersection of the sports, media and betting industries, providing sports federations,

news media, consumer platforms and sports betting operators with a range of solutions to help grow their business. Sportradar employs over 2,000 people in more than 30 locations around the world. It is our commitment to excellent service, quality and reliability that makes us the trusted partner of more than 1,000 companies in over 80 countries and official partner of the NBA, NFL, NHL, MLB, NASCAR, FIFA and UEFA. We monitor, analyze and deliver insights from more than 400,000 matches annually across 60 sports. With deep industry relationships, Sportradar is not just redefining the sports fan experience; it also safeguards the sports themselves through its Integrity Services division and advocacy for an integrity-driven environment for all involved.

**About Genius Sports Group**

Genius Sports Group is one of the world's largest sports technology companies, specializing in the capture, distribution and commercialization of live data, streams and digital content. We work in partnership with the biggest names in sports, betting and media to power a global ecosystem that benefits every stakeholder. Headquartered in London, we have offices in New York, Medellin, Tallinn, Sofia, Melbourne, Bologna, Vilnius, Lausanne and Singapore, which are home to over 1,400 of our talented employees.

We are the trusted sports data, technology and integrity partner to hundreds of sporting bodies. This includes many of the world's largest leagues and federations such as the NBA, FIBA, NCAA, PGA TOUR, NASCAR, and the English Premier League.

Founded in 2000, Genius Sports Group is a leading provider of sophisticated data-driven software to regulated sportsbook operators around the globe. Our multi-award-winning technology is built to help our partners maximize their performance through engaging betting content and sportsbook management services.

**RELATED**

**NBA ANNOUNCES FIRST BETTING-DATA PARTNERSHIPS IN U.S. WITH SPORTRADAR, GENIUS SPORTS**

November 28, 2018

**MGM RESORTS INTERNATIONAL BECOMES OFFICIAL GAMING PARTNER OF NBA**

Partnership to provide MGM Resorts with official NBA and WNBA data; Use of NBA and WNBA league logos across their sports betting platforms

July 31, 2018



### NBA, SPORTRADAR ANNOUNCE GLOBAL PARTNERSHIP

The new partnership with the NBA, WNBA and G League begins with the 2023-24 NBA season.

November 17, 2021



### NBA ANNOUNCES SPORTS BETTING PARTNERSHIP WITH WILLIAM HILL

October 2, 2019

## LATEST



### GRIZZLIES PART WAYS WITH COACH JENKINS

Memphis coach Taylor Jenkins had been coach of the team since 2019-20 and made the playoffs 3 times in his tenure there.

20 minutes ago



### NBA FANTASY: WEEK 23 WAIVER WIRE ADDS

RotoWire highlights the top waiver wire targets for Week 23 of fantasy action.

2 hours ago



### NEW SEASON OF 'PASS THE ROCK' RETURNS IN NBA APP

The NBA App original series, which premiers March 31, will feature 6 NBA stars.

3 hours ago



### NBA TV'S GREENBERG PARTICIPATES IN REDDIT AMA

The NBA TV host and NBA on TNT reporter answered questions from the NBA Reddit community ahead of the NBA playoffs.

3 hours ago

### STARTING 5: CAVS IN SEARCH OF MILESTONE TONIGHT

After a Thursday night filled with thrills (and an epic game-winner), several key matchups await on Friday.

4 hours ago



**KIA MVP LADDER: SGA STILL LEADS JOKIĆ … FOR NOW**

The Top 3 of the Kia MVP chase is set, but who will ultimately finish No. 1 in this historic race remains unknown.

6 hours ago