IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP AG, and SPORTRADAR AG,<br><br>Defendants. | Case No. 2:23-cv-472-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING SPORTRADAR DEFENDANTS' MOTION TO DISMISS**

CAME ON TO BE HEARD THIS DAY the Motion to Dismiss by Defendants Sportradar Group AG and Sportradar AG. Having considered the motion and the response thereto, the Court finds that it is well taken and should be, and hereby is GRANTED.