# Exhibit G

# Matthew Wood

| | |
|---|---|
| **From:** | Nick Williamson <nick.williamson@bclplaw.com> |
| **Sent:** | Wednesday, February 19, 2025 8:16 PM |
| **To:** | Matthew Wood; #GeniusSports-SportsCastr; BCLP_Sportradar_23-cv-00472; Michael Smith |
| **Cc:** | PANDA-SportRadar_23-cv-00472 |
| **Subject:** | RE: PANDA v. Sportradar et al - Requests for Extension |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Thank you for your response.  We cannot agree to your proposal, as it is both unreasonable for new allegations and antitrust causes of action and with respect to the impact those new claims will have on the rest of the case schedule.  In the interest of reaching a compromise without disturbing the Court, we propose a 30-day extension (up to and including Monday, March 31, 2025) to answer or move, and the Sportradar Defendants will agree to a 30-day extension of time for PANDA to respond (up to and including April 30, 2025), with 14 days for the Sportradar Defendants to reply (up to and including May 14, 2025).  We also cannot agree to the additional conditions you propose, which are both improper and unnecessary.

In terms of the larger case schedule, we anticipate being able to make a global proposal in the near future for the efficient treatment of PANDA's patent and antitrust claims and the Sportradar Defendants' defenses and counterclaims.

Best,
Nick



Nick Williamson
Partner
Bryan Cave Leighton Paisner LLP - St. Louis, MO USA
nick.williamson@bclplaw.com
T: +1 314 259 2661   M: +1 314 497 7305

---

**From:** Matthew Wood <MWood@KSLAW.com>
**Sent:** Wednesday, February 19, 2025 10:37 AM
**To:** #GeniusSports-SportsCastr <GeniusSports-SportsCastr@kirkland.com>; BCLP_Sportradar_23-cv-00472 <BCLP_Sportradar_23-cv-00472@bclplaw.com>; Michael Smith <michael.smith@solidcounsel.com>
**Cc:** PANDA-SportRadar_23-cv-00472 <PANDA-SportRadar_23-cv-00472@KSLAW.com>
**Subject:** PANDA v. Sportradar et al - Requests for Extension

Counsel,

Yesterday both Genius Sports and Sportradar separately requested that PANDA agree to a 60-day extension of their respective deadline to respond to the amended pleadings filed on Friday.

PANDA does not believe a 60-day extension of the responsive pleading deadline (74 days total) is necessary or appropriate given the current stage of this action. Defendants are represented by national law firms that should have no issues evaluating and responding to the new allegations in a timely manner.

PANDA would be willing to agree to a 14-day extension up to and including March 14 (for a total response time of 28 days) provided that PANDA is likewise afforded a 14-day extension of its deadline to answer or respond to any Rule 12 or other motion filed in response to the amended complaints. Additionally, as is the Court's regular practice, Defendants must agree that discovery related to the new claims will proceed notwithstanding the lack of an Answer or the pendency of any Rule 12 or other motion Defendants may file. Finally, Defendants must agree that they will not rely upon the extension of their response deadline as a basis to assert that any other deadlines in the DCO should later be extended.

Regards,

---

**Matthew Wood**
*Senior Associate*

T: +1 512 457 2033  |  E: MWood@KSLAW.com  |  Bio  |  vCard

King & Spalding LLP
500 W 2nd Street
Suite 1800
Austin, TX 78701



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.