# Exhibit J

## Matthew Wood

| | |
|---|---|
| **From:** | Nick Williamson <nick.williamson@bclplaw.com> |
| **Sent:** | Thursday, March 20, 2025 9:32 AM |
| **To:** | Matthew Wood; BCLP_Sportradar_23-cv-00472; Michael Smith |
| **Cc:** | PANDA-SportRadar_23-cv-00472; SportsCastr |
| **Subject:** | RE: PANDA v. Sportradar - Agreements with Sports Leagues |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Matt,

Your email contending that the Sportradar Defendants should have produced data rights agreements months ago is both inaccurate and incomplete.

The Sportradar Defendants responded to your referenced May 1, 2024 letter on June 7, 2024, objected to making any production under your identified Categories 44 & 59, and did not agree to produce any data rights agreements. PANDA and the Sportradar Defendants thereafter met and conferred, and PANDA's own June 20, 2024 summary of that meet and confer correctly reflects no agreement by the Sportradar Defendants to produce data rights agreements. Further, the Sportradar Defendants' July 25, 2024 email additionally makes clear that "Defendants do not agree that agreements with sports leagues and networks that are not for the Accused Products or components of such agreements as discussed above are relevant and defendants will stand on their objections as to this subset of the category." The Sportradar Defendants timely objected to PANDA's request for data rights agreements as, for example, the agreements were not then relevant, and despite the passage of many months PANDA never before raised any perceived issue with the Sportradar Defendants' position.

The Sportradar Defendants are assessing what additional discovery, including discovery related to data rights agreements, may be necessary in view of PANDA's newly-asserted antitrust claims (and will separately respond to PANDA's subsequent, March 10 letter). The Sportradar Defendants' proposed Second Amended Docket Control Order provides necessary and appropriate time in which to do so (including, if/as needed, providing notice to and/or procuring consent from non-parties under such agreements). PANDA's demands for immediate discovery, including with respect to data rights agreements and the case schedule, appear designed to prejudice the Sportradar Defendants.

Best,
   Nick



Nick Williamson
Partner
Bryan Cave Leighton Paisner LLP - St. Louis, MO USA
nick.williamson@bclplaw.com
T: +1 314 259 2661  M: +1 314 497 7305

**From:** Matthew Wood <MWood@KSLAW.com>
**Sent:** Tuesday, March 4, 2025 3:25 PM
**To:** BCLP_Sportradar_23-cv-00472 <BCLP_Sportradar_23-cv-00472@bclplaw.com>; Michael Smith <michael.smith@solidcounsel.com>

Cc: PANDA-SportRadar_23-cv-00472 <PANDA-SportRadar_23-cv-00472@KSLAW.com>; SportsCastr <SportsCastr@CJSJLAW.com>
**Subject:** PANDA v. Sportradar - Agreements with Sports Leagues

Counsel,

PANDA has been unable to locate in Sportradar's production its agreements with the NHL, NBA, MLB, or any other sports league concerning the licensing of (or otherwise authorizing Sportradar to distribute) official data rights. PANDA asked for these documents ***over ten months ago***. 05-01-2024 Letter from M. Wood to D. Roodman, Categories 44 & 59. These documents are unquestionably relevant, and Sportradar should have no issue producing these agreements within a matter of days—as it should have done months ago.

Please confirm by Thursday, March 6, 2025, that Sportradar will produce these documents no later than March 21, 2025. Otherwise, please provide your availability to meet and confer this Thursday or Friday.

Regards,

---

**Matthew Wood**
*Senior Associate*

T: +1 512 457 2033  |  E: MWood@KSLAW.com  |  Bio  |  vCard

King & Spalding LLP
500 W 2nd Street
Suite 1800
Austin, TX 78701



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.