# Exhibit L
# Sealed in its Entirety