# Exhibit M
# Sealed in its Entirety