IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP AG, and SPORTRADAR AG,<br><br>Defendants. | Case No. 2:23-cv-00472-JRG<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE |
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00471-JRG<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS SPORTRADAR GROUP AG'S AND SPORTRADAR AG'S
NOTICE OF JOINDER OF GENIUS'
MOTION TO STRIKE PLAINTIFF'S ANTITRUST ALLEGATIONS**

To ease the burden on the Court and avoid duplicative briefing, Defendant Sportradar Group AG and Sportradar AG (collectively, "the Sportradar Defendants") hereby respectfully join Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. (collectively, "the Genius Defendants") Motion to Strike Plaintiff's Antitrust Allegations, ECF 158 (the "Motion"), to also strike Plaintiff SportsCastr, Inc. d/b/a

1

PANDA Interactive's ("PANDA") Second Amended Complaint against the Sportradar Defendants (ECF 126, "SAC"). The arguments raised in the Motion are equally applicable to the Sportradar Defendants and PANDA's new claims and allegations in the SAC should likewise be stricken.

PANDA did not seek the Sportradar Defendants' consent to file the SAC, nor did the Sportradar Defendants consent to its filing. And, like the Genius Defendants, the Sportradar Defendants agree that the SAC exceeds their understanding of the permitted scope of amendments allowed under the Court's Docket Control Order absent PANDA having sought and obtained leave of Court, which it failed to do. ECF 93.

Similarly, the untimely nature and prejudicial effects set out and explained in the Motion are also equally applicable to the Sportradar Defendants and PANDA's new allegations set forth in the SAC. *See, e.g.,* SAC ¶¶ 1, 19-32, 83 – 134, 323 – 344. Given the untimely nature of PANDA's SAC, PANDA's failure to seek and procure leave to add new claims, and the prejudicial nature of the amendments, the Sportradar Defendants join the Genius Defendants' Motion to strike to include the SAC including, but not limited to, paragraphs 1, 19-32, 83 – 134, 323 – 344, and Prayer For Relief (j)-(m).

Date: April 1, 2025                     Respectfully Submitted,


                                        By: */s/ Michael C. Smith*

                                        David A. Roodman, #38109MO
                                        daroodman@bclplaw.com
                                        Nick E. Williamson, #56925MO
                                        nick.williamson@bclplaw.com
                                        George G. Brell #69850MO
                                        george.brell@bclplaw.com

2

BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri  63102
Telephone (314) 259-2000

George Patrick Watson (*pro hac vice*)
patrick.watson@bclplaw.com
Lindsay Sklar Johnson (*pro hac vice*)
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone (404) 572-6600

David B. Schwartz (*pro hac vice*)
david.schwartz@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC 20004-1357
Telephone (202) 508-6000

Michael C. Smith
State Bar No. 18650410
Michael.Smith@solidcounsel.com
SCHEEF & STONE
113 East Austin Street
Marshall, TX 75670
Telephone (903) 938-8900

***ATTORNEYS FOR DEFENDANTS SPORTRADAR GROUP AG AND SPORTRADAR AG***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail this 1st day of April 2025. Any other counsel of record in the case will be served by first class mail.

*/s/ Michael C. Smith*