IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>*Plaintiff*,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br><br>*Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>*Plaintiff*,<br><br>v.<br><br>GENIUS SPORTS LTD., et al.,<br><br>*Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00471-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Leave to Extend Page Limits on Defendants' Motion to Dismiss (the "Motion") filed by Defendants Sportradar Group, AG and Sportradar AG (collectively, the "Sportradar Defendants"). (Dkt. 156.) In the Motion, the Sportradar Defendants seek a five-page extension of the page limits for its Motion to Dismiss and Plaintiff's Response, and a two-page extension of the page limits for its reply and Plaintiff's surreply. (*Id.* at 1-2.) The Sportradar Defendants contend that the additional pages are necessary so that "the issues presented can be more fully set out for the Court." (*Id.* at 2.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the Sportradar Defendants shall have leave to exceed the page limit for its Motion to Dismiss by five pages, Plaintiff shall have leave to exceed the page limit for its Response by five pages, the Sportradar

Defendants shall have leave to exceed the page limit for its reply by two pages, and Plaintiff shall have leave to exceed the page limit for its surreply by two pages.

**So ORDERED and SIGNED this 2nd day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE