IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and SPORTRADAR AG,<br><br>Defendants. | Civil Action No. 2:23-cv-00472-JRG |
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD., ET AL.<br><br>Defendants. | Civil Action No. 2:23-cv-00471-JRG<br><br>JURY TRIAL DEMANDED |

**GENIUS SPORTS DEFENDANTS' NOTICE OF JOINDER OF SPORTRADAR'S MOTION FOR LEAVE TO SUPPLEMENT DEFENDANTS' P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS**

Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. (collectively, "Genius") respectfully join Sportradar Group, AG, and Sportradar, AG's (collectively, "Sportradar") Motion for Leave to Supplement Defendants' P.R. 3-3 and 3-4 Invalidity Contentions to add a single new prior art reference known as HitBox. ECF 166 ("Motion").

Despite conducting a diligent search for prior art to the patents PANDA has asserted in this case, Genius did not learn of HitBox until March 18, 2025, when counsel for Sportradar emailed

Genius and Plaintiff SportsCastr Inc. ("PANDA") to inform the parties that they recently learned that HitBox was material to the case and intended to seek leave of Court to supplement Sportradar's invalidity contentions. ECF 166-2. Genius promptly investigated the HitBox materials Sportradar provided and concurs with Sportradar's assessment of the materiality of the product to the case. As explained in Sportradar's Motion, substantial time remains for fact and expert discovery, no party will be prejudiced, and equity and justice fully support granting Sportradar's motion.

For these reasons, Genius hereby provides notice that it is joining Sportradar's Motion.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Jeanne M. Heffernan*

Jeanne M. Heffernan
TBN 24128395
James John Lomeo
TBN 24118993
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100
jheffernan@kirkland.com
james.lomeo@kirkland.com

Joshua L. Simmons (admitted *pro hac vice*)
Devora Allon (admitted *pro hac vice*)
Kevin Neylan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
joshua.simmons@kirkland.com
devora.allon@kirkland.com
kevin.neylan@kirkland.com

Patrick Arnett (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
patrick.arnett@kirkland.com

Samuel Leifer (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
samuel.leifer@kirkland.com

**Attorneys for Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Holdings Ltd., Genius Sports**

*Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 11th day of April 2025.

>            */s/ Jeanne M. Heffernan*
>            Jeanne M. Heffernan