# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE)<br><br>v.<br><br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE)<br><br>v.<br><br>GENIUS SPORTS LTD., *et al* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00471-JRG<br>(MEMBER CASE) |

## MOTION(s) HEARING MINUTES
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 22, 2025

**OPEN:** 02:01 PM                                                                                    **ADJOURN:** 03:42 PM

**ATTORNEYS FOR PLAINTIFF:**                    See attached

**ATTORNEYS FOR DEFENDANTS:**                See attached

**LAW CLERKS:**                                              Riley Zoch
                                                                            Rahul Gupta

**COURT REPORTER:**                                    Shelly Holmes, CSR-TCRR

**COURTROOM DEPUTY:**                              Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 02:01 PM | Court opened. |
| 02:02 PM | Court called for announcements from counsel. |
| 02:03 PM | Court set for today's hearing:<br>• [SEALED] Defendants Sportradar Group AG's and Sportradar AG's Motion to Dismiss Counts V and VI of the Second Amended Complaint (Dkt No. 157).<br>• [SEALED] Genius' Motion to Dismiss Plaintiff's Antitrust Claims (Dkt No. 160). |
| 02:04 PM | Court began hearing argument. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:04 PM | Argument presented by (in order of appearance):<br>• Ms. Jeanne Heffernan for Defendant Genius (member 471)<br>• Mr. David Schwartz for Defendant Sportradar (lead 472)<br>• Mr. Edward Moss for Plaintiff<br>• Mr. Kevin Neylan, Jr. for Defendant Genius (member 471) |
| 02:26 PM | **Courtroom sealed**. |
| 02:26 PM | Court ordered the entirety of today's transcript to be sealed. |
| 03:42 PM | Argument concluded. |
| 03:42 PM | Court to take motions under submission. |
| 03:42 PM | **Courtroom unsealed**. |
| 03:42 PM | Court adjourned. |