IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>    Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and SPORTRADAR AG,<br><br>    Defendants. | Civil Action No. 2:23-cv-00472-JRG<br>(LEAD CASE) |

**JOINT NOTICE REGARDING MEDIATION**

Pursuant to the Court's Second Amended Docket Control Order, Plaintiff SportsCastr Inc. (d/b/a PANDA Interactive) and Defendants Sportradar Group, AG and Sportradar AG (together, "Sportradar") (collectively, the "Parties") submit this Joint Notice setting forth their joint position regarding the Court's order in the Second Amended Docket Control order to, within 14 days of the issuance of the Claim Construction Order, "file a Joint Notice indicating whether the case should be referred for mediation." Dkt. 174 at 6-7.

Pursuant to the Court's order, the Parties have conferred and mutually agree and respectfully submit that this case would be appropriate to refer for mediation. Therefore, the Parties respectfully submit that this case is appropriate for mediation. The Parties respectfully identify Ms. Hesha Abrams as a mutually agreeable mediator for the Court's consideration.

Respectfully submitted,

Date: September 8, 2025

By: */s/ Matthew D. Wood*

Matthew D. Wood (#24110548)
mdwood@cahill.com
Britton F. Davis (#43909 CO)
bdavis@cahill.com
Christopher C. Campbell (#444262 DC)
ccampbell@cahill.com
**CAHILL GORDON & REINDEL LLP**
900 16th Street N.W., Suite 500
Washington, D.C. 20006

Edward N. Moss (admitted *pro hac vice*)
emoss@cahill.com
Andrew Cochran (#5276738 NY)
acochran@cahill.com
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, N.Y. 10005

Greg Love (#24013060)
glove@cjslaw.com
Mark Siegmund (#24117055)
msiegmund@cjsjlaw.com
William Ellerman (#24007150)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES**
Bridgeview Center
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
(254) 732-2242

*Attorneys for Plaintiff Sportscastr Inc. (d/b/a PANDA Interactive)*

By: */s/ Lindsay Sklar Johnson (with permission)*

David A. Roodman, #38109MO
daroodman@bclplaw.com
Nick E. Williamson, #56925MO
nick.williamson@bclplaw.com
George G. Brell #69850MO
george.brell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone (314) 259-2000

George Patrick Watson (*pro hac vice*)
patrick.watson@bclplaw.com
Lindsay Sklar Johnson (*pro hac vice*)
lindsay.johnson@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone (404) 572-6600

David B. Schwartz (*pro hac vice*)
david.schwartz@bclplaw.com
Sarah L. Hartley (*pro hac vice*)
Sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC 20004-1357
Telephone (202) 508-6000

Michael C. Smith
State Bar No. 18650410
Michael.Smith@solidcounsel.com
SCHEEF & STONE
113 East Austin Street Marshall, TX 75670
Telephone (903) 938-8900

*Attorneys for Defendants Sportradar Group AG and Sportradar AG*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF system on September 8, 2025.

*/s/ Matthew D Wood*
Matthew D. Wood