IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br><br>Defendants. | Civil Action No. 2:23-cv-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD.,<br>GENIUS SPORTS MEDIA LTD.,<br>GENIUS SPORTS TECHNOLOGIES LTD.,<br>GENIUS SPORTS UK LTD.,<br>GENIUS SPORTS HOLDINGS LTD.,<br>GENIUS SPORTS GROUP LTD.,<br>MAVEN TOPCO LTD.,<br>MAVEN MIDCO LTD.,<br>MAVEN DEBTCO LTD., and<br>MAVEN BIDCO LTD.,<br><br>Defendants. | Civil Action No. 2:23-cv-00471-JRG<br>(MEMBER CASE) |

**CORRECTED EXHIBITS 1, 9, 12 AND 13 TO THE DECLARATION OF MATTHEW D. WOOD IN SUPPORT OF PANDA'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT (DKT. NO. 393)**

Dated: October 20, 2025

Respectfully submitted:

By: */s/ Matthew D. Wood*
Matthew D. Wood (#24110548)
mdwood@cahill.com
Britton F. Davis (#43909 CO)
bdavis@cahill.com
Christopher C. Campbell (#444262 DC)
ccampbell@cahill.com
**CAHILL GORDON & REINDEL LLP**
900 16th Street, N.W., Suite 500
Washington, D.C. 20006

Edward N. Moss (admitted *pro hac vice*)
emoss@cahill.com
Andrew Cochran (#5276738 NY)
acochran@cahill.com
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, N.Y. 10005

Greg Love (#24013060)
glove@cjslaw.com
Mark Siegmund (#24117055)
msiegmund@cjsjlaw.com
William Ellerman (#24007150)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES**
Bridgeview Center
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
(254) 732-2242

*Attorneys for Plaintiff*

1

CERTIFICATE OF SERVICE

A trued and correct copy of the foregoing was served or delivered electronically via ECF to all counsel of record, on this day the 20th of October, 2025.

By: /s/ Matthew D. Wood
Matthew D. Wood (#24110548)
mdwood@cahill.com