# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br>  *Plaintiff*,<br>v.<br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br>  *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br>  *Plaintiff*,<br>v.<br>GENIUS SPORTS LTD., ET AL.,<br>  *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00471-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Extend Deadlines (the "Motion"). (Dkt. No. 426). In the Motion, the Parties seek an extension of the briefing deadlines for Plaintiff's Motion for Summary Judgment of No Inequitable Conduct (Dkt. No. 393). (*Id.* at 2).

Having considered the Motion, and noting that it was jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Defendants to respond to Dkt. No. 393 is **extended** up to and including **November 11, 2025**. Any reply and sur-reply are to be filed according to the deadlines set forth in Local Rule CV-7(f).

**So ORDERED and SIGNED this 3rd day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE