# Exhibit 5

Page 1

RE: SPORTSCASTR INC., ET AL.

V.

SPORTRADAR GROUP AG, ET AL.


Transcription of CNBC Clip:

Genius Sports CEO Mark Locke

on Public Debut and NFL deal


4/21/2021

Page 2

```
 1          DAVID FABER: You know, back in October, October
 2     27th, when the deal was announced, you put out your
 3     projections. And I just wonder, are you still
 4     expecting roughly 238 million in revenues in 2022 and
 5     68 million dollars in group-adjusted EBITDA?
 6          MARK LOCKE: Yeah, so we reaffirmed our
 7     forecast in the last information that we put out. And,
 8     you know, the business is performing very well. It's
 9     performing as expected. And, you know, we're
10     incredibly excited about, you know, completing the
11     merger, completing the transaction, going live on the
12     New York Stock Exchange and all the opportunity that
13     that really brings to the business.
14          DAVID FABER: Well, what opportunity does that
15     bring to the business?
16          MARK LOCKE: So, you know, I mean, I've said
17     it before, the reason that we wanted to go public, the
18     reason we wanted to trade on the New York Stock
19     Exchange was to give us access to paper and access to
20     currency that really allows us to sort of supercharge
21     our growth.
22          We think of growth in two pots. There's a
23     lot of organic opportunity, increasing our technology
24     SPAC that we have, you know, driving fan engagement,
25     really helping these sports leagues access revenue
```

Page 3

```
 1   opportunities in the face of some really quite

 2   difficult conversations around some sort of future

 3   broadcast revenues. And the other area we really think

 4   about is through inorganic growth, so acquisitions.

 5   There are lots of smart, interesting technology

 6   companies that really complement what we do and can

 7   really help our partners drive that growth and really

 8   access the future markets and the future areas of

 9   technology-driven solutions that they need to be

10   thinking about.

11           DAVID FABER: Yeah. For people who may be

12   watching, sort of focusing on your company for the

13   first time, you know, I'm looking at what you sort of

14   had as a comparable company, Benchmarking. I mean, you

15   have names like TradeWeb and S&P Global, obviously,

16   which are an information and data analytics. You've

17   got Online Gaming and DraftKings. Kind of where do you

18   see your company fitting in?

19           MARK LOCKE: So what we do as a business is

20   we work with sports leagues and federations on a

21   global basis, like the NFL, and we provide them with

22   technology in exchange for the right to collect and

23   monetize that data. So once we've got that data, we

24   provide that wrapped in software to sportsbooks,

25   effectively for outsourced bookmaking, but also into
```

4/21/2021          SportsCastr Inc., et al. v. Sportradar Group AG, et al.          Audio Transcription

Page 4

1    media companies as well.

2              So the revenue model we operate is really a
3    mixture. We take a proportion of what's known as gross
4    gaming revenue or net gaming revenue from sportsbooks.
5    So effectively, we participate in the growth of the
6    sports betting market. It's almost like, you know, the
7    rising tide lifts all boats. We're part of that entire
8    ecosystem and that entire infrastructure.

9              But on top of that, our revenue model also
10   provides us software as a services- type revenue model
11   for other things that we provide around the data
12   sector.

13             MORGAN BRENNAN: Mark, it's Morgan. I want
14   to get your thoughts on what we're seeing play out in
15   Europe right now where soccer is concerned. I realize
16   that Genius partners with the Premier League.
17   Obviously, we just saw this Super League kind of come
18   and essentially go in recent days. And while that
19   might be the case, it does kind of shine a light on
20   the economics and the business models and whether
21   they've worked or not, where soccer, at least European
22   soccer, is concerned.

23             How are you thinking about it? What does
24   that mean in terms of your business?

25             MARK LOCKE: Sure. I mean, look, there's

Page 5

1  been conversations around the Super League since, I

2  don't know, the '90s. And I think, you know, while

3  COVID's exacerbated the problems, I mean, what this is

4  really doing is exactly, as you say, bringing into

5  focus the issues around how sport is funded. I mean,

6  there's a lot of change, a lot of dynamic situations

7  going on at the moment with, you know, some of the

8  future broadcast revenues, how it's going to work.

9          And in Europe, the way that the sports

10 leagues operate is slightly different to the States.

11 And it really has sort of brought into focus and

12 really made people think about how revenue is going to

13 be driven in the future. From our point of view, we

14 see it as an opportunity.

15          You know, we're a technology company. We

16 partner with sport leagues. And our raison d'etre,

17 what we do, is really help those sports leagues access

18 that revenue pools. You know, we do it in the sports

19 betting sector; we do it in the media sector; we do it

20 in the streaming sector. We allow those sports leagues

21 to really maximize the revenue potential that they can

22 have from their product, which is obviously putting on

23 sporting events.

24          (End of recording.)

25

4/21/2021          SportsCastr Inc., et al. v. Sportradar Group AG, et al.          Audio Transcription

Page 6

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3              I, Meridith Consor, hereby certify that I

4    was authorized to and did transcribe the provided

5    recording and that the foregoing transcript is a true

6    transcript of said electronic recording to the best of

7    my ability.

8              I FURTHER CERTIFY that I am not a relative,

9    employee, attorney, or counsel of any of the parties,

10   nor am I a relative or employee of any of the parties'

11   attorney or counsel connected with the action, nor am

12   I financially interested in the action.

13

14             DATED this 4th day of November 2025.

15

16

17          _____

18          Meridith Consor, Transcriptionist

19

20

21

22

23

24

25

Page 1

## A
ability 6:7
access 2:19,19
  2:25 3:8 5:17
acquisitions 3:4
action 6:11,12
AG 1:14
AL 1:12,14
allow 5:20
allows 2:20
analytics 3:16
announced 2:2
area 3:3
areas 3:8
attorney 6:9,11
authorized 6:4

## B
back 2:1
basis 3:21
Benchmarking
  3:14
best 6:6
betting 4:6 5:19
boats 4:7
bookmaking
  3:25
BRENNAN 4:13
bring 2:15
bringing 5:4
brings 2:13
broadcast 3:3
  5:8
brought 5:11
business 2:8,13
  2:15 3:19 4:20
  4:24

## C
case 4:19
CEO 1:17
CERTIFICATE
  6:1
certify 6:3,8
change 5:6
Clip 1:16
CNBC 1:16

collect 3:22
come 4:17
companies 3:6
  4:1
company 3:12
  3:14,18 5:15
comparable 3:14
complement 3:6
completing 2:10
  2:11
concerned 4:15
  4:22
connected 6:11
Consor 6:3,18
conversations
  3:2 5:1
counsel 6:9,11
COVID's 5:3
currency 2:20

## D
d'etre 5:16
data 3:16,23,23
  4:11
DATED 6:14
DAVID 2:1,14
  3:11
day 6:14
days 4:18
deal 1:18 2:2
Debut 1:18
different 5:10
difficult 3:2
doing 5:4
dollars 2:5
DraftKings 3:17
drive 3:7
driven 5:13
driving 2:24
dynamic 5:6

## E
EBITDA 2:5
economics 4:20
ecosystem 4:8
effectively 3:25
  4:5

electronic 6:6
employee 6:9,10
engagement
  2:24
entire 4:7,8
essentially 4:18
ET 1:12,14
Europe 4:15 5:9
European 4:21
events 5:23
exacerbated 5:3
exactly 5:4
exchange 2:12
  2:19 3:22
excited 2:10
expected 2:9
expecting 2:4

## F
FABER 2:1,14
  3:11
face 3:1
fan 2:24
federations 3:20
financially 6:12
first 3:13
fitting 3:18
focus 5:5,11
focusing 3:12
forecast 2:7
foregoing 6:5
funded 5:5
FURTHER 6:8
future 3:2,8,8
  5:8,13

## G
gaming 3:17 4:4
  4:4
Genius 1:17 4:16
give 2:19
global 3:15,21
go 2:17 4:18
going 2:11 5:7,8
  5:12
gross 4:3
GROUP 1:14

group-adjusted
  2:5
growth 2:21,22
  3:4,7 4:5

## H
help 3:7 5:17
helping 2:25

## I
increasing 2:23
incredibly 2:10
information 2:7
  3:16
infrastructure
  4:8
inorganic 3:4
interested 6:12
interesting 3:5
issues 5:5

## J

## K
kind 3:17 4:17
  4:19
know 2:1,8,9,10
  2:16,24 3:13
  4:6 5:2,2,7,15
  5:18
known 4:3

## L
League 4:16,17
  5:1
leagues 2:25
  3:20 5:10,16
  5:17,20
lifts 4:7
light 4:19
live 2:11
Locke 1:17 2:6
  2:16 3:19 4:25
look 4:25
looking 3:13
lot 2:23 5:6,6
lots 3:5

## M
Mark 1:17 2:6
  2:16 3:19 4:13
  4:25
market 4:6
markets 3:8
maximize 5:21
mean 2:16 3:14
  4:24,25 5:3,5
media 4:1 5:19
merger 2:11
Meridith 6:3,18
million 2:4,5
mixture 4:3
model 4:2,9,10
models 4:20
moment 5:7
monetize 3:23
Morgan 4:13,13

## N
names 3:15
need 3:9
net 4:4
New 2:12,18
NFL 1:18 3:21
November 6:14

## O
obviously 3:15
  4:17 5:22
October 2:1,1
once 3:23
Online 3:17
operate 4:2 5:10
opportunities
  3:1
opportunity
  2:12,14,23
  5:14
organic 2:23
outsourced 3:25

## P
paper 2:19
part 4:7
participate 4:5

4/21/2021                SportsCastr Inc., et al. v. Sportradar Group AG, et al.        Audio Transcription

Page  2

parties 6:9
parties' 6:10
partner 5:16
partners 3:7
    4:16
people 3:11 5:12
performing 2:8
    2:9
play 4:14
point 5:13
pools 5:18
potential 5:21
pots 2:22
Premier 4:16
problems 5:3
product 5:22
projections 2:3
proportion 4:3
provide 3:21,24
    4:11
provided 6:4
provides 4:10
public 1:18 2:17
put 2:2,7
putting 5:22

**Q**
quite 3:1

**R**
raison 5:16
reaffirmed 2:6
realize 4:15
really 2:13,20,25
    3:1,3,6,7,7 4:2
    5:4,11,12,17
    5:21
reason 2:17,18
recording 5:24
    6:5,6
relative 6:8,10
revenue 2:25 4:2
    4:4,4,9,10 5:12
    5:18,21
revenues 2:4 3:3
    5:8
right 3:22 4:15

rising 4:7
roughly 2:4

**S**
S&P 3:15
saw 4:17
sector 4:12 5:19
    5:19,20
see 3:18 5:14
seeing 4:14
services- 4:10
shine 4:19
situations 5:6
slightly 5:10
smart 3:5
soccer 4:15,21
    4:22
software 3:24
    4:10
solutions 3:9
sort 2:20 3:2,12
    3:13 5:11
SPAC 2:24
sport 5:5,16
sporting 5:23
SPORTRADAR
    1:14
sports 1:17 2:25
    3:20 4:6 5:9,17
    5:18,20
sportsbooks
    3:24 4:4
SPORTSCAS...
    1:12
States 5:10
Stock 2:12,18
streaming 5:20
Super 4:17 5:1
supercharge
    2:20
Sure 4:25

**T**
take 4:3
technology 2:23
    3:5,22 5:15
technology-dri...

3:9
terms 4:24
things 4:11
think 2:22 3:3
    5:2,12
thinking 3:10
    4:23
thoughts 4:14
tide 4:7
time 3:13
top 4:9
trade 2:18
TradeWeb 3:15
transaction 2:11
transcribe 6:4
transcript 6:5,6
Transcription
    1:16
Transcriptionist
    6:1,18
true 6:5
two 2:22
type 4:10

**U**

**V**
V 1:13
view 5:13

**W**
want 4:13
wanted 2:17,18
watching 3:12
way 5:9
we're 2:9 4:7,14
    5:15
we've 3:23
wonder 2:3
work 3:20 5:8
worked 4:21
wrapped 3:24

**X**

**Y**
Yeah 2:6 3:11
York 2:12,18

**Z**

**0**

**1**

**2**
2022 2:4
2025 6:14
238 2:4
27th 2:2

**3**

**4**
4/21/2021 1:20
4th 6:14

**5**

**6**
68 2:5

**7**

**8**

**9**
90s 5:2