IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and SPORTRADAR AG,<br><br>Defendants. | Civil Action No. 2:23-cv-00472-JRG<br><br>LEAD CASE |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiff SportsCastr, Inc. (d/b/a PANDA Interactive) and Defendants Sportradar Group, AG and Defendant Sportradar AG (all collectively, "Parties"), pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, hereby file this Joint Motion to: (i) apprise the Court that all matters in controversy between the Parties in Case No. 2:23-cv-00472-JRG have been settled, in principle; and (ii) respectfully request that the Court stay all deadlines, and adjourn the scheduled February 20, 2026 pre-trial conference and February 27, 2026 trial setting in Case No. 2:23-cv-00472-JRG, for a period of thirty (30) days to allow the Parties to memorialize and finalize their settlement agreement and to file the appropriate dismissal papers.

Dated: February 13, 2026

Respectfully submitted:

By: */s/ Christopher C. Campbell*
Christopher C. Campbell (#444262 DC)
ccampbell@cahill.com

1

Britton F. Davis (#43909 CO)
bdavis@cahill.com
Matthew D. Wood (#24110548)
mdwood@cahill.com
Yushan Luo
yluo@cahill.com
John D. Roehrick
jroehrick@cahill.com
Cahill Gordon & Reindel LLP
900 16th Street, N.W., Suite 500
Washington, D.C. 20006

Colleen Tracy James (Pro Hac Vice)
ctracyjames@cahill.com
Andrew Cochran (#5276738 NY)
acochran@cahill.com
Rahul Sarkar (Pro Hac Vice)
rsarkar@cahill.com
Cahill Gordon & Reindel LLP
32 Old Slip
New York, N.Y. 10005

Greg Love (#24013060)
glove@cjsjlaw.com
Mark Siegmund (#24117055)
msiegmund@cjsjlaw.com
William Ellerman (#24007150)
wellerman@cjsjlaw.com
Cherry Johnson Siegmund James
Bridgeview Center
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
(254) 732-2242

*Attorneys for Plaintiff*


By: */s/ David A. Roodman (with permission)*
David A. Roodman, #38109MO
daroodman@bclplaw.com
Nick E. Williamson, #56925MO
nick.williamson@bclplaw.com
George G. Brell #69850MO
george.brell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square

2

211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone (314) 259-2000

Sarah L. Hartley (*pro hac vice*)
Sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW, Suite 700
Washington, DC 20004-1357
Telephone (202) 508-6000

Michael C. Smith
State Bar No. 18650410
Michael.Smith@solidcounsel.com
SCHEEF & STONE
113 East Austin Street Marshall, TX 75670
Telephone (903) 938-8900

***Attorneys for Defendants Sportradar Group AG and Sportradar AG***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail this 13th day of February, 2026.

By: */s/ Christopher C. Campbell*
Christopher C. Campbell (#444262 DC)

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 13, 2026, counsel for PANDA met and conferred with counsel for Sportradar, who indicated that Sportradar does not oppose the relief sought herein.

By: */s/ Christopher C. Campbell*
Christopher C. Campbell (#444262 DC)

By: */s/ Christopher C. Campbell*
Christopher C. Campbell (#444262 DC)