**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SPORTSCASTR INC.<br><br>(d/b/a PANDA INTERACTIVE),<br><br>          Plaintiff,<br><br>     v.<br><br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br><br>          Defendants. | Civil Action No.  2:23-cv-00472-JRG<br><br>JURY TRIAL DEMANDED |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>          Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD., ET AL.<br><br>          Defendants. | Civil Action No.  2:23-cv-00471-JRG<br><br>JURY TRIAL DEMANDED |

## GENIUS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Holdings Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. (collectively, "Genius") hereby move to continue the jury selection and trial date in the above-captioned action.

Jury Selection is currently set for July 10, 2026 with trial to commence immediately thereafter.  A member of Genius' trial counsel team will be undergoing and recovering from a surgical procedure during the July 10, 2026 setting.  In view of this conflict, there is good cause to reset the July 10, 2026 jury selection date, and Genius moves to reset jury selection and trial to a

later date.  Plaintiff SportsCastr Inc. d/b/a PANDA Interactive ("PANDA") does not oppose this motion.

Dated: June 23, 2026

Respectfully submitted,

/s/ *Jeanne M. Heffernan*
Jeanne M. Heffernan
TBN 24128395
James John Lomeo
TBN 24118993
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
(512) 678-9100
jheffernan@kirkland.com
james.lomeo@kirkland.com

Devora Allon (admitted *pro hac vice*)
Kevin Neylan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

Samuel Leifer (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
samuel.leifer@kirkland.com

Nikhil Rama Krishnan (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
nikhil.krishnan@kirkland.com

***Attorneys for Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Holdings Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd.***

## CERTIFICATE OF CONFERENCE

Counsel for Defendants met and conferred with counsel for Plaintiff on June 22 and 23, 2026 regarding this motion, and counsel for Plaintiff has indicated it does not oppose the relief sought herein.

/s/ James John Lomeo
James John Lomeo

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of June, 2026.

/s/ Jeanne M. Heffernan
Jeanne M. Heffernan

3