**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE), | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00472-JRG (LEAD CASE) |
| SPORTRADAR GROUP, AG, and SPORTRADAR AG, | § § § § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE), | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION NO. 2:23-CV-00471-JRG (MEMBER CASE) |
| v. | § § | |
| GENIUS SPORTS LTD., et al., | § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is Defendants Genius Sports'[1] Unopposed Motion for Continuance of Trial Date. (Dkt. No. 758). Having considered the motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the above-captioned Member Case is **continued** from the July 10, 2026, trial setting. The trial date will be reset by subsequent action of the Court.

---

[1] "Genius Sports" refers to Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports Uk Ltd., Genius Sports Holdings Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. collectively.

So **ORDERED** and **SIGNED** this 29th day of June, 2026.

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE