**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br>v.<br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br><br>Defendants. | Civil Action No. 2:23-cv-00472-JRG |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>Plaintiff,<br><br>v.<br><br>GENIUS SPORTS LTD.,<br>GENIUS SPORTS MEDIA LTD.,<br>GENIUS SPORTS TECHNOLOGIES LTD.,<br>GENIUS SPORTS UK LTD.,<br>GENIUS SPORTS HOLDINGS LTD.,<br>GENIUS SPORTS GROUP LTD.;<br>MAVEN TOPCO LTD.,<br>MAVEN MIDCO LTD.<br>MAVEN DEBTCO LTD. and<br>MAVEN BIDCO LTD.<br><br>Defendants. | Civil Action No. 2:23-cv-00471-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff SportsCastr Inc., and Defendants, Genius Sports Ltd., et al, (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The Parties hereby notify the Court that all matters in controversy have been settled in principle, and request the Court stay all unreached deadlines for 30 (thirty) days so the Parties can work on finalizing and executing a settlement agreement.

Dated: September 9, 2026

Respectfully submitted:

By: /s/ Christopher C. Campbell
Christopher C. Campbell (#444262 DC)
ccampbell@cahill.com
Britton F. Davis (#43909 CO)
bdavis@cahill.com
Matthew D. Wood (#24110548)
mdwood@cahill.com
**CAHILL GORDON & REINDEL LLP**
900 16th Street, N.W., Suite 500
Washington, D.C. 20006

Andrew J. Cochran (#5276738 NY)
acochran@cahill.com
Colleen Tracy James (#2834380 NY)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, N.Y. 10005

Greg Love (#24013060)
glove@cjsjlaw.com
Mark Siegmund (#24117055)
msiegmund@cjsjlaw.com
William Ellerman (#24007150)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES**
Bridgeview Center
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
(254) 732-2242

***Attorneys for Plaintiff Sportscastr, Inc., d/b/a PANDA Interactive***

By: /s/ Jeanne M. Heffernan (with permission)
Jeanne M. Heffernan
TBN 24128395
James John Lomeo
TBN 24118993
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100
jheffernan@kirkland.com
james.lomeo@kirkland.com

Joshua L. Simmons (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
joshua.simmons@kirkland.com

Patrick Arnett (admitted pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
patrick.arnett@kirkland.com

***Attorneys for Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd., Genius Sports UK Ltd., Genius Sports Holdings Ltd., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of September 2026.

*/s/ Christopher C. Campbell*
Christopher C. Campbell

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for the Parties have complied with the meet and confer requirement in Local Rule CV-7(h) and the foregoing motion is a joint motion.

*/s/ Christopher C. Campbell*
Christopher C. Campbell